Ex Parte H. T. Scott & Sewell Fields.

No. 6644. Decided October 26, 1921.

**Robbery—Firearm—Habeas Corpus—Bail.**

Where, upon trial of habeas corpus proceedings, bail was denied in the lower court where relators were charged with robbery by firearms, this court reverses the judgment and remands the cause, and releases relator on bail.

Appeal from Clay County in Chambers. Tried below before the Honorable H. F. Weldon, District Judge.

Appeal from a judgment denying bail in a case of robbery by firearms.

The opinion states the case.

*Taylor, Allen, Muse & Taylor,* and *S. Heyser,* for appellant.—Cited cases in opinion.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, Presiding Judge.—This is an appeal from the order of the District Judge denying bail. Relators were charged with robbery with firearms, an offense punishable by death or imprisonment in the penitentiary for a period of not less than five years.

There is a question of identity suggested. Without going into details, the robbery was committed by impersonating officers. The injured party was the keeper of a store, and the relators, according to the evidence, pretended to be officers, demanded of and obtained from him a certain sum of money as bail for a pretended offense. They were in possession of pistols. No injury was inflicted with them, and no shots fired nor offer to do so.

We do not believe that the relators should have been denied bail. Ex parte Smith, 23 Texas Crim. App. 100; Ex parte Russell, 71 Texas Crim. Rep. 377; Ex parte Young, 87 Texas Crim. Rep. 413.

The judgment is reversed and each of the relators ordered discharged pending trial upon entering into bail or recognizance, according to law, in the sum of $7,500.

*Bail granted.*